

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

July 15, 2015

Ms. Habibe Nalan Erkan
8804 Tallwood Drive
Austin, TX 78759

Ms. Jennifer L. Mathis
P.O. Box 820324
Dallas, TX 75382
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   03-14-00148-CV
      Trial Court Case Number:   D-1-FM-12-002773

Style:   Mehmet Turan Erkan
         v. Habibe Nalan Erkan

Dear Counsel:

A supplemental clerk's record (one-volume) was filed in this Court on **July 13, 2015**.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: **Courtland Crocker**
Courtland Crocker, Deputy Clerk

cc:   The Honorable Velva L. Price





# COURT OF APPEALS

### THIRD DISTRICT
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS





U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0000401682 JUL. 16. 2015
$ 000.41

RETURNED TO SENDER

NOT DELIVERABLE
UNABLE TO FORWARD

UNABLE TO FORWARD/FOR UNABLE TO FORWARD

BC: 78759757799 DU *0793-00447-20-29

MS. HABIBE NALAN ERKAN
RIVE



RECEIVED

JUL 3 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

UTF

46 EVE-N3B 78759